**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02909-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOSEPH BRADSHAW,

    Applicant,

v.

D. BERKIBILE, Warden,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

    Applicant, Joseph Bradshaw, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.  He has submitted *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted habeas corpus application is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this court in this action.  Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>  X  </u>   is not submitted
(2)   <u>     </u>   is missing affidavit
(3)   <u>     </u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)  _X_    is missing certificate showing current balance in prison account
(5)  ___    is missing required financial information
(6)  ___    is missing an original signature by the prisoner
(7)  ___    is not on proper form (must use the court's current form)
(8)  ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)  _X_    other:  The § 1915 motion and affidavit and certificate showing prison account balance are necessary only if the $5.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(10) ___   is not submitted
(11) ___   is not on proper form
(12) ___   is missing an original signature by the prisoner
(13) ___   is missing page nos. ___
(14) ___   uses et al. instead of listing all parties in caption
(15) ___   names in caption do not match names in text
(16) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) ___   other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

      DATED October 24, 2013, at Denver, Colorado.

                                      BY THE COURT:

                                      s/Boyd N. Boland
                                      United States Magistrate Judge